FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 APR 13 AM 8:30

CLERK _L. Webster_
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| GEORGE RYBICKI, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 105-86 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The final decision of the Commissioner of Social Security is **AFFIRMED** and final judgment is **ENTERED** in favor of the Commissioner.

SO ORDERED this 13th day of April, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE